# Court of Appeals
# of the State of Georgia

ATLANTA,___May 30, 2012___

*The Court of Appeals hereby passes the following order:*

**A12A1941.  VERNITA POWELL v. ELLIOTT POWELL.**

Vernita Powell and Elliott Powell divorced, and a final divorce decree was entered on January 26, 2012.  Vernita Powell filed a notice of appeal to this Court. The Supreme Court, however, has general appellate jurisdiction over divorce and alimony cases.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  Accordingly, Powell's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/30/2012___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*